IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**FALCON STEEL, INC.**     **PLAINTIFF**

    v.     Civil No. 09-2007

**J. RUSSELL FLOWERS, INC.;**
**US TECHNOLOGY MARINE SERVICES, LLC;**
**and JP MORGAN CHASE BANK, N.A.**     **DEFENDANTS**

    and

**ROGERS INDUSTRIAL, INC.**     **INTERVENOR**

### O R D E R

Now on this 27th day of July, 2009, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #32), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's **Motion For Tempory [sic] Restraining Order To Enjoin Sale** (document #19) is **denied**.

IT IS SO ORDERED.

                                  /s/ Jimm Larry Hendren
                                  JIMM LARRY HENDREN
                                  UNITED STATES DISTRICT JUDGE