```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

**FALCON STEEL, INC.**                                          PLAINTIFF

        v.              Civil No. 09-2007

**J. RUSSELL FLOWERS, INC.;**
**US TECHNOLOGY MARINE SERVICES, LLC;**
**and JP MORGAN CHASE BANK, N.A.**                              DEFENDANTS

        and

**ROGERS INDUSTRIAL SUPPLY CORP.**                              INTERVENOR

        v.

**US TECHNOLOGY MARINE PROPERTY, LLC;**
**US TECHNOLOGY, INC.; RAYMOND F.**
**WILLIAMS TRUST d/b/a US TECHNOLOGIES;**
**and RAYMOND F. WILLIAMS, Individually**     ADDITIONAL DEFENDANTS

## O R D E R

Now on this 6th day of June, 2011, come on for consideration **US Technology Marine Services, LLC's Motion For Emergency Relief** (document #212), and the Magistrate Judge's **Report And Recommendation** (document #217) with regard to document #212.

There are no objections to the Report And Recommendation, and the Court, having thoroughly considered it, finds it to be sound in all respects.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's **Report And Recommendation** (document #217) is **adopted in toto.**

**IT IS FURTHER ORDERED** that **US Technology Marine Services, LLC's Motion For Emergency Relief** (document #212) is **denied.**

**IT IS SO ORDERED.**

    /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**